UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| BELLE ISLE LLC. | CIVIL ACTION NO. 16-0259 |
| VERSUS | JUDGE ROBERT G. JAMES |
| APACHE CORP. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons discussed in this Court's Ruling and for the additional reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 32], adopted by this Court after a *de novo* review of the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Remand [Doc. No. 11] is GRANTED. The case is remanded to the Sixteenth Judicial District Court, St. Mary Parish, State of Louisiana, for all further proceedings.

MONROE, LOUISIANA, this 27th day of October, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE